IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT DUNCAN,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 24-CV-1133<br>: |
| CITY OF PHILADELPHIA, *et al.*,<br>    Defendants. | :<br>: |

## ORDER

AND NOW, this 2nd day of May, 2024, upon consideration of Plaintiff Robert Duncan's Motion to Proceed *In Forma Pauperis* (ECF No. 5), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. For the reasons stated in the Court's accompanying Memorandum, the Complaint is **DISMISSED** as follows:

    a. Any claims raised on behalf of James Malone are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction; and

    b. Any claims raised on behalf of Robert Duncan are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

_____
KAI SCOTT, J.